■ WESTERN REGIONAL OFF-TRACK BETTING CORPORATION, Appellant, v SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 222, AFL-CIO, Respondent. (Appeal No. 1.) — Appeal unanimously dismissed as moot. (Appeal from order of Supreme Court, Erie County, Gossell, J. — stay arbitration.) Present — Hancock, Jr., J. P., Doerr, Denman, Moule and Schnepp, JJ.

■ WESTERN REGIONAL OFF-TRACK BETTING CORPORATION, Appellant, v SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 222, AFL-CIO, Respondent. (Appeal No. 2.) — Order unanimously affirmed, with costs. Memorandum: Service Employees International Union by instituting an action for injunctive

relief did not waive its right under the union contract to demand arbitration to redress alleged past contract violations and to seek back pay for its members (see *Preiss/Breismeister Architects v Westin Hotel Co.-Plaza Hotel Div.,* 56 NY2d 787, 789). (Appeal from order of Supreme Court, Erie County, Gossell, J. — stay arbitration.) Present — Hancock, Jr., J. P., Doerr, Denman, Moule and Schnepp, JJ.